# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| **LONG BA NGUYEN and LAN N. HUYNH** *et al.*, § § § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:11-CV-00290 |
| § | |
| **BANK OF AMERICA, N.A.** § § | |
| Defendant. § | |

## PLAINTIFFS' NOTICE OF SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Long Ba Nguyen and Lan N. Huynh, file this Notice of Settlement and for Dismissal with Prejudice and would respectfully show the Court as follows:

The parties have finalized their settlement and ask that the Court enter an order dismissing the above case with prejudice.

Respectfully Submitted,

/s/ Tammy Tran

**Anthony G. Buzbee, attorney in charge**
(Texas Bar No. 24001820)
THE BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713)223-5909
Email: tbuzbee@txattorneys.com

**Jeremy W. Alters**
(Fla. Bar No. 111790)
Email: jeremy@alterslaw.com
**David C. Rash**
(Fla. Bar No. 0977764)
Email: david@alterslaw.com
**Matthew T. Moore**
(Fla. Bar No. 70034)
Email: matthew@alterslaw.com
ALTERS LAW FIRM, P.A.
Miami Design District
4141 NE 2nd Avenue, Suite 201
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

**Minh Tam (Tammy) Tran**
(Texas Bar No. 20186400; Federal Bar No. 328541)
Email: ttran@ttran-lawfirm.com
**Pete Mai**
(Texas Bar No. 24029702; Federal Bar No. 1033613)
Email: pmai@ttran-lawfirm.com
**John Na**
(Texas Bar No. 24074786; Federal Bar No. 1125428)
Email: jna@ttran-lawfirm.com
THE TAMMY TRAN LAW FIRM,
ATTORNEYS AT LAW, L.P.
2915 Fannin Street
Houston, TX 77002
Tel: (713) 655-0737
Fax: (713) 655-0823

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record on this the 21st day of November, 2012 by ECF notification.

                                          */s/ Tammy Tran*
                                    _____
                                          TAMMY TRAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| **LONG BA NGUYEN and LAN N. HUYNH** *et al.*, | § § § § |
| Plaintiffs, | § § |
| VS. | §   **CIVIL ACTION NO. 3:11-CV-00290** |
| | § |
| **BANK OF AMERICA, N.A.** | § § § |
| Defendant. | § |

## ORDER OF DISMISAL WITH PREJUDICE

On this the _____ day of _____, 2012, the Court considered Plaintiffs' Notice of Settlement and for Dismissal with Prejudice. After considering the pleading, the Court vacates the Conditional Order of Dismissal (Doc. No. 76) and **ORDERS** that this case is **DISMISSED WITH PREJUDICE** to re-filing.

**SIGNED** this the _____ day of _____, 2012.

_____
**JUDGE PRESIDING**