IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LONG BA NGUYEN and LAN N. HUYNH *et al.*, | § § § § |
| Plaintiffs, | § § |
| VS. | §   CIVIL ACTION NO. 3:11-CV-00290 |
| BANK OF AMERICA, N.A. | § § § |
| Defendant. | § |

## ORDER OF DISMISAL WITH PREJUDICE

On this the 26th day of November, 2012, the Court considered Plaintiffs' Notice of Settlement and for Dismissal with Prejudice. After considering the pleading, the Court vacates the Conditional Order of Dismissal (Doc. No. 76) and **ORDERS** that this case is **DISMISSED WITH PREJUDICE** to re-filing.

**SIGNED** this the 26th day of November, 2012.

_____
Nancy F. Atlas
United States District Judge

4